IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SOURCE INTERLINK COMPANIES, INC., et al.,[1] | ) Case No. 09-11424 (KG) |
| | ) |
| Debtors. | ) Jointly Administered |

**NOTICE OF (I) ENTRY OF ORDER (A) APPROVING THE DEBTORS'
(1) DISCLOSURE STATEMENT PURSUANT TO SECTIONS 1125 AND 1126(b)
OF THE BANKRUPTCY CODE, (2) SOLICITATION OF VOTES AND VOTING
PROCEDURES AND (3) FORMS OF BALLOTS AND (B) CONFIRMING THE
DEBTORS' PREPACKAGED JOINT PLAN OF REORGANIZATION
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE
(WITH TECHNICAL AMENDMENTS) AND (II) EFFECTIVE DATE**

**TO CREDITORS, EQUITY INTEREST HOLDERS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that an order (the "Confirmation Order") of the Honorable Kevin Gross, United States Bankruptcy Judge, approving the disclosure statement, solicitation of votes and voting procedures and forms of ballots and confirming the above-captioned debtors' (collectively, the "Debtors") *Prepackaged Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (with Technical Amendments)* (as amended and supplemented, the "Plan"), was entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 28, 2009. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source Interlink Companies, Inc. (8299); AEC Direct, LLC (1003); Automotive.com, LLC (2610); Canoe & Kayak, Inc. (5510); Directtou, Inc. (4741); Enthusiast Media Subscription Company, Inc. (1137); Motor Trend Auto Shows, LLC (5888); RDS Logistics, LLC (0305); Source-Chestnut Display Systems, Inc. (6446); Source Home Entertainment, Inc. (8517); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc. (1428); Source Interlink Magazines, LLC (3601); Source Interlink Manufacturing, LLC (7123); Source Interlink Media, LLC (4935); Source Interlink Retail Services, LLC (6967); Source Mid Atlantic News, LLC (7108); The Interlink Companies, Inc. (2991). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida 34134.

Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available on the web site of Kurtzman Carson Consultants, LLC, the Debtors' notice and claims agent, at http://www.kccllc.net/sourceinterlink or by accessing the Bankruptcy Court's web site http://www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's web site.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on June 19, 2009.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article V.I. of the Plan, any Creditor holding a Rejection Claim must File a Proof of Claim on account of such Claim, and such Proofs of Claim must be Filed with the Bankruptcy Court on or before the first Business Day that is 30 days after the latest of: (a) the date of entry of an order of the Bankruptcy Court approving the rejection of the relevant Executory Contract or Unexpired Lease; (b) the Effective Date; and (c) the effective date of rejection for the relevant Executory Contract or Unexpired Lease. All Rejection Claims for which a Proof of Claim is not timely Filed will be forever barred from assertion against the Debtors, HoldCo, or the Reorganized Debtors, their Estates, and their property unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan or the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article IV.V. of the Plan, any Creditor holding (a) a Priority Tax Claim or (b) a Claim that would otherwise be a Priority Tax Claim but for the fact that such Claim arose prior to the applicable statutory period set forth by section 507(a)(8) of the Bankruptcy Code must File a Proof of Claim on account of such Claim, and such Proof of Claim must be Filed with the Bankruptcy Court on or before the first Business Day that is 180 days after the Effective Date. All (a) Priority Tax Claims or (b) Claims that would otherwise be Priority Tax Claims but for the fact that such Claims arose prior to the applicable statutory period set forth by section 507(a)(8) of the Bankruptcy Code for which a Proof of Claim is not timely Filed will be forever barred from assertion against the Debtors, HoldCo, or the Reorganized Debtors, their Estates, and their property unless otherwise ordered by the Bankruptcy Court or as otherwise provided in the Plan or the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, HoldCo any Holder of a Claim or Interest and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is Impaired under the Plan and whether or not such Holder or Entity voted to accept the Plan.

Wilmington, Delaware
Dated: June 19, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Mark M. Billion (DE Bar No. 5263)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
    tcairns@pszjlaw.com
    mbillion@pszjlaw.com

- and -

KIRKLAND & ELLIS LLP
David L. Eaton (admitted *pro hac vice*)
David A. Agay (admitted *pro hac vice*)
Paul Wierbicki (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   david.eaton@kirkland.com
    david.agay@kirkland.com
    paul.wierbicki@kirkland.com

Co-Counsel to the Debtors
and Debtors in Possession