IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 09-11424 (KG) |
| Source Interlink Companies, Inc., et al.,[1] | ) Joint Administration Requested |
| | ) |
| Debtors. | ) |
| | ) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, depose and say that I am employed by Kurtzman Carson Consultants LLC, "KCC," the claims and noticing agent for the Debtor in the above-captioned case.

On September 28, 2009, under my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail on the party identified on **Exhibit A**:

- **Notice of (I) Entry of Order (A) Approving the Debtors' (1) Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code, (2) Solicitation of Votes and Voting Procedures and (3) Forms of Ballots and (B) Confirming the Debtors' Prepackaged Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (with Technical Amendments) and (II) Effective Date** [Docket No. 260].

Dated: October 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Greg Barlage

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of October, 2009, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



Signature _____

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Source Interlink Companies, Inc. (8299); AEC Direct, LLC (1003); Automotive.com, LLC (2610); Canoe & Kayak, Inc. (5510); Directtou, Inc. (4741); Enthusiast Media Subscription Company, Inc. (1137); Motor Trend Auto Shows, LLC (5888); RDS Logistics, LLC (0305); Source-Chestnut Display Systems, Inc. (6446); Source Home Entertainment, Inc. (8517); Source Interlink Distribution, LLC (3387); Source Interlink International, Inc. (1428); Source Interlink Magazines, LLC (3601); Source Interlink Manufacturing, LLC (7123); Source Interlink Media, LLC (4935); Source Interlink Retail Services, LLC (6967); Source Mid Atlantic News, LLC (7108); The Interlink Companies, Inc. (2991). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 27500 Riverview Center Boulevard, Suite 400, Bonita Springs, Florida 34134.

# Exhibit A

Exhibit A
Service List

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Sloatman, Erika | 8203 W Sample Rd Apt 3 | Coral Springs | FL | 33065-4830 |